FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0551

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MARGARET BEAR,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 9 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2021